FILED

AUG 08 2016 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **16CR 511** |
| v. | ) | |
| GARY GARCIA | ) Violations: | Title 18, United States Code, Section 922(d)(1) |

JUDGE BLAKEY

MAGISTRATE JUDGE MASON

### INFORMATION

The United States Attorney charges:

From on or about September 25, 2013, through on or about November 12, 2015, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

GARY GARCIA,

defendant herein, did knowingly sell and dispose of a firearm to Lazaro Salas, knowing and having reasonable cause to believe that Lazaro Salas had been convicted of a crime punishable by a term of imprisonment exceeding one year,

In violation of Title 18, United States Code, Section 922(d)(1).

_____
Zachary T. Fardon by JBP
UNITED STATES ATTORNEY