UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 511 |
| v. | ) | |
| | ) | |
| GARY GARCIA | ) | Judge John Robert Blakey |

## Government's Sentencing Memorandum

For the reasons set forth below, the United States submits that the Court should sentence the defendant to a term of imprisonment of 18 months, 50% of the low end of the guideline range.

### I. The offense

As set forth in the plea agreement and the Presentence Investigation Report ("Report"), Defendant pled guilty to trafficking firearms. Between September 2013 and November 2015, defendant transferred approximately seventy firearms to his cousin Lazaro Salas, a convicted felon and member of the Spanish Dragons street gang, or other individuals at Salas's direction. Fifteen of those firearms have been recovered by police departments.

### II. Sentencing recommendation

#### A. Term of imprisonment

The United States requests that the Court sentence Defendant to an 18-month term, half of the low end of the guideline range. As set forth below,

a guideline sentence is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2).

The offense was extremely serious. Defendant took 70 firearms out of the stream of legal commerce and placed them in the hands of a felon, who then passed them to others. Fifteen of those firearms have been recovered by police departments in the Chicago area.

Though not himself an active gang member, defendant was well aware of the impact of gun violence on the community. His brother, a Spanish Dragon member, is currently serving a sentence for murder. Placing seventy guns into the hands of a convicted felon and known gang member presented significant danger to the community where defendant grew up.

Defendant did not engage in these crimes in his youth; at the time he trafficked the firearms he was in his late thirties and early forties. The length of time that defendant engaged in the trafficking—a period of almost two years—also counsels in favor of a significant sentence.

Defendant's history and characteristics are, in the main, mitigating. He has no significant convictions. When approached by ATF, he immediately admitted his conduct. Most significantly, defendant agreed to assist in the investigation of Lazaro Salas, who was later charged and sentenced to a 4-year term of imprisonment. Because of his acceptance of responsibility and

proactive cooperation, the government recommends a below-guideline sentence of 18 months' imprisonment.

Defendant's acceptance of responsibility and conduct on pretrial release suggest that the requested sentence will adequately deter him from further crimes. A custodial sentence also is necessary to deter others from trafficking in firearms. Individuals authorized to purchase guns must know that they face significant jail time if they provide lawfully acquired weapons to those who may not legally possess them.

B. **Fine**

Based on the analysis set forth in paragraphs 80 through 82 of the Report, the government does not request that a fine be imposed.

## III. Conclusion

For the foregoing reasons, the government requests that the defendant be sentenced to an 18 months' incarceration, followed by a 2-year term of supervised release.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: s/ *Scott M. Edenfield*
Scott M. Edenfield
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604